Vassos Saroodis, Appellant, v. Liberty Motor Freight Lines, Inc., and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial on the ground that under the proof the defendant was a trespasser as matter of law and the motion for direction of a verdict should have been granted, and on the further ground that the verdict was against the weight of the evidence. (See *Hay* v. *Cohoes Company*, 2 N. Y. 159; *Riegler* v. *Tribune Association*, 40 App. Div. 324; *St. Peter* v. *Denison*, 58 N. Y. 416; *Turner* v. *Degnon-McLean Contracting Co.*, 99 App. Div. 135; affd., 184 N. Y. 525; *Keber* v. *Central Brewing Company of N. Y.*, 150 N. Y. Supp. 986; *McCahill* v. *Parker Co.*, 49 Misc. 258; *Bohan* v. *P. J. G. L. Co.*, 122 N. Y. 18, 26; *Sullivan* v. *Dunham*, 161 id. 290; *Olin* v. *United Electric Light and Power Co.*, 82 Misc. 427; *Mayor etc., of N. Y.* v. *Law*, 125 N. Y. 380, 390; *Guille* v. *Swan*, 19 Johns. 381; *Rochester Gas & Electric Corporation* v. *Dunlop*, 148 Misc. 849; *Kentucky Traction and Terminal Company* v. *Bain*, 174 Ky. 679; 192 S. W. 656; 16 Neg. & Comp. Cases Anno. 328.) *Losee* v. *Buchanan* (51 N. Y. 476) is not an authority to the contrary. (The judgment is for defendants for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a directed verdict, or, in the alternative, for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

Harold L. Whitman and Others, Appellants, v. Liberty Motor Freight Lines, Inc., and Others, Respondents.— Same decision as in companion case of *Saroodis* v. *Liberty Motor Freight Lines, Inc.* (ante, p. 942). (The judgment is for defendants for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

George Jackson, Appellant, v. E. T. Clark Carting Co., Inc., Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented a question of fact for the jury. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of John B. La Vine, Petitioner, Respondent, against John J. Buettner and Another, Individually and as Members Constituting the Onondaga Alcoholic Control Board, and Others, Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (The order grants leave to petitioner to serve an amended petition in a proceeding to review defendants' action in refusing to issue a liquor license to petitioner.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.